IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 09-60406
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 26, 2011

Lyle W. Cayce
Clerk

JANE DOE, A Minor, By and Through Her Next Friends, Daniel Magee and
Geneva Magee; DANIEL MAGEE, Individually and on Behalf of Jane Doe;
GENEVA MAGEE, Individually and on Behalf of Jane Doe, A Minor,

                                        Plaintiffs - Appellants

v.

COVINGTON COUNTY SCHOOL DISTRICT, by and through its Board of Education
and its President, Andrew Keys and its Superintendent of Education,
I.S. Sanford, Jr.; COVINGTON COUNTY SUPERINTENDENT OF EDUCATION, I.S.
SANFORD, Officially and in His Individual Capacity; COVINGTON COUNTY
BOARD OF EDUCATION, By and Through its President, Andrew Keys; ANDREW
KEYS, Officially and in His Individual Capacity; TOMMY KEYES; OTHER
UNKNOWN JOHN DOE AND JANE DOE EDUCATION DEFENDANTS A-Z, In Their
Official and Individual Capacities,

                                        Defendants - Appellees

_____

Appeal from the United States District Court for the
Southern District of Mississippi, Hattiesburg

_____

ON PETITION FOR REHEARING EN BANC

        (Opinion August 5, 2011, 5 Cir., 2011, _____ F.3d _____ )
    (Revised Opinion August 11, 2011, 5 Cir., 2011, _____ F.3d _____ )
    (Revised Opinion August 23, 2011, 5 Cir., 2011, _____ F.3d _____ )
    (Revised Opinion August 29, 2011, 5 Cir., 2011, _____ F.3d _____ )

Before JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES,
STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES and
GRAVES, Circuit Judges.

PER CURIAM:

        A member of the court having requested a poll on the petition for
rehearing en banc, and a majority of the circuit judges in regular
active service and not disqualified having voted in favor,

        IT IS ORDERED that this cause shall be reheard by the court en
banc with oral argument on a date hereafter to be fixed.  The Clerk
will specify a briefing schedule for the filing of supplemental briefs.